COMMONWEALTH of Pennsylvania, Petitioner

v.

**Rasson DRAYTON, Respondent**

No. 284 EAL 2016

Supreme Court of Pennsylvania.

February 17, 2017

## ORDER

PER CURIAM

AND NOW, this 17th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.